# United States Court of Appeals for the Federal Circuit

---

October 9, 2020

## ERRATA

---

Appeal No. 2019-1133

**BIOGEN MA INC.,**
*Plaintiff -Appellee*

**v.**

**EMD SERONO, INC., PFIZER INC.,**
*Defendants-Appellants*

**BAYER HEALTHCARE PHARMACEUTICALS INC.,
NOVARTIS PHARMACEUTICALS CORPORATION,**
*Defendants*

Decided:  September 28, 2020
Precedential Opinion

---

Please make the following change:

On page 18, line 13, change "linear sequence of proteins" to —linear sequence of amino acids—.